ON PETITION FOR REHEARING AND REHEARING EN BANC

(Opinion June 30, 2014, 756 F.3d 801)
EDITH H. JONES, Circuit Judge:
The court having been polled on the modified opinion attached hereto at the request of one of its members, and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R.App. P. 35 and 5th Cir. R. 35), the Petition for Rehearing En Banc is DENIED.
In the en banc poll, 4 judges voted in favor of rehearing (Judges Dennis, Prado, Graves and Costa) and 11 judges voted against rehearing (Chief Judge Stewart and Judges Jolly, Davis, Jones, Smith, Clement, Owen, Elrod, Southwiek, Haynes, and Higginson).
The Petition for Rehearing En Banc is DENIED. Judge Prado, joined by Judges Dennis and Graves, dissents from the court’s denial of rehearing en banc and his dissent is attached.'